

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00145-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the portion of the trial court's January 30, 2023 final judgment in favor of Red McCombs Motors, Ltd. on its breach of contract claims and Brandon Hjella's counterclaims, as well as the dismissal of Hjella's counterclaims and Red McCombs's nonsuit of all other claims is final and AFFIRMED. The portion of the trial court's January 30, 2023 final judgment awarding Red McCombs $80,000 in attorney's fees is REVERSED. The cause is REMANDED to the trial court for the determination of attorney's fees, if any, and direct any such award of attorney's fees be determined consistent with this opinion.

SIGNED August 28, 2024.

_Irene Rios_
Irene Rios, Justice